PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

## United States District Court
for the
District of Alaska

UNITED STATES OF AMERICA

v.                                Case No.    3:99-CR-00162-JKS

CHARLEY DONNELLY

It appears that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on June 3, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE  4/07
Chris Liedike                                      Date
U.S. Probation/Pretrial Services
Officer

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___4___ day of ___June___, 20_07_.

REDACTED SIGNATURE
James K. Singleton
Senior U.S. District Court Judge